# United States Bankruptcy Court
### Eastern District of Virginia
Norfolk Division
600 Granby St., Room 400
Norfolk, VA 23510

**Case Number** 13−71998−FJS
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James G. Liddy
2505 Olivia Court
Virginia Beach, VA 23454

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−0285

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA

### NOTICE OF POSSIBLE DISMISSAL PURSUANT TO LBR 1007−1 LISTS, SCHEDULES, STATEMENTS AND LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS

**TO:    DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on May 24, 2013. Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:   June 7, 2013**

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

 **All Schedules (A−J) and Statement of Financial Affairs**
**Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation**
**Chapter 13 Plan**
**Attorney Fee Disclosure**

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:  May 28, 2013

/s/   Diane Jones
Deputy Clerk

[10071_30152vDec2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 13-71998-FJS
James G. Liddy  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-8   User: jonesd   Page 1 of 2   Date Rcvd: May 28, 2013
               Form ID: both2   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2013.
db           +James G. Liddy,    2505 Olivia Court,    Virginia Beach, VA 23454-1832

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 30, 2013**                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0422-8          User: jonesd              Page 2 of 2              Date Rcvd: May 28, 2013
                              Form ID: both2            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2013 at the address(es) listed below:
          Dana S. Power    on behalf of Debtor James G. Liddy dpower@wmlawgroup.com,
           sfrye@wmlawgroup.com;apousson@wmlawgroup.com
          R. Clinton Stackhouse, Jr.    administrator@rcsch13.com
                                                          TOTAL: 2