UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In re:  James G. Liddy                                               Case No. 13-71998
                Debtor                                               Chapter 13

**MOTION EXTENDING TIME TO FILE LBR**
**1007-1 SCHEDULE(S) AND/OR STATEMENT AND 3015-2**
**CHAPTER 13 PLAN AND RELATED MOTIONS**

COMES NOW, the debtor, by counsel, and request this Honorable Court to enter an Order allowing the debtor to extend the time for filing the LBR 1007-1 Schedule(s) and/or Statement and 3015-2 Chapter 13 Plan and Related Motions; and in support thereof state as follows:

1. That the debtor filed for Relief under Chapter 13 of the Bankruptcy Code on May 24, 2013.

2. That the debtor's lists, schedules, statements and Plan are due in the Court on or before June 7, 2013.

3. That counsel for the debtor must have further information and documents to complete the debtors' LBR 1007-1 Schedule(s) and/or Statement and 3015-2 Chapter 13 Plan and Related Motions.

4. That counsel for the debtor needs to extend the time for filing the LBR 1007-1 Schedule(s) and/or Statement and 3015-2 Chapter 13 Plan and Related Motions in order to gather and complete all information required.

Dana S. Power, Esquire
Wilson & McIntyre, PLLC
500 E. Main Street, Suite 920
Norfolk, VA  23510
(757) 961-3900
Va. State Bar No. 33101

WHEREFORE, counsel for the debtor requests that the Court enter an order extending the time that the LBR 1007-1 Schedule(s) and/or Statement and 3015-2 Chapter 13 Plan and Related Motions is due in the above named debtors' case until June 14, 2013.

**TAKE NOTICE: Pursuant to Local Rule 1007-1(B), any parties objecting to the extension of the deadline for filing the LBR 1007-1 Schedule(s) and/or Statement and 3015-2 Chapter 13 Plan and Related Motions in this case must notify the Court in writing of said objection within seven (7) days of the service of this Motion.**

/s/*Dana S. Power*
Of Counsel

CERTIFICATION

I do hereby certify that on this the 5th day of June, 2013, I sent copies of the foregoing Motion and Notice either by electronic mail or first-class mail to the debtor, the U.S. Trustee, to all creditors listed on the petition and to the Chapter 13 Trustee.

/s/ *Dana S. Power*
Dana S. Power

Dana S. Power, Esquire
Wilson & McIntyre, PLLC
500 E. Main Street, Suite 920
Norfolk, VA  23510
(757) 961-3900
Va. State Bar No. 33101