UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In re:   James G. Liddy                                     Case No. 13-71998
           Debtor                                           Chapter 13

***<u>NOTICE OF MOTION EXTENDING TIME TO FILE LBR 1007-1 SCHEDULE(S) AND/OR STATEMENT AND 3015-2 CHAPTER 13 PLAN AND RELATED MOTIONS; James G. Liddy, the debtor, by counsel, Dana S. Power, has filed papers with the Court; your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).</u>***

Under Local Bankruptcy Rule 9013-1, unless a written response to this motion and supporting memorandum are filed with the Clerk of Court and served on the moving party with **seven (7) days** of the service of this notice objecting to the relief requested, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.

If you do not want the Court to grant this request, or if you want the Court to consider your views on the Motion, then you or your attorney must file with the Court your response and objection and request a hearing to the address listed below

U.S. Bankruptcy Court
Norfolk Division
600 Granby Street
Norfolk, VA 23510

If you mail your request to the court for filing, you must also mail a copy to:

Dana S. Power
Wilson & McIntyre, PLLC
500 East Main Street, Suite 920
Norfolk, VA 23510

*/s/ Dana S. Power*
Dana S. Power

Dated 6/6/13


Dana S. Power, Esquire
Wilson & McIntyre, PLLC
500 E. Main Street, Suite 920
Norfolk, VA  23510
(757) 961-3900
Va. State Bar No. 33101
Counsel for James G. Liddy

## CERTIFICATION

I do hereby certify that on this the 6th day of June 2013 I sent a copy of the foregoing Notice of Motion, either by electronic mail, facsimile or first-class mail, to the debtor, the Chapter 13 Trustee, the U.S. Trustee, and to all creditors listed on the debtors' petition.

*/s/ Dana S. Power*
Dana S. Power